UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Randy Walker, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:25-cv-00469-ADA |
| | § | |
| Performance Food Group, Inc. and | § | |
| Mark Baltz, | § | |
|    *Defendants*. | § | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower concerning Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. 34. Judge Hightower issued her report and recommendation on August 29, 2025. *Id.* at 9. Plaintiff filed objections to the report and recommendation on September 23, 2025. Dkt. 46.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b)(1)(C). A district court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

Because Plaintiff has filed timely objections to the report and recommendation, the Court has conducted an independent review of the record in this cause and has conducted a de novo review with respect to those matters raised by Plaintiff. After

due consideration, the Court concludes that Plaintiff's objections lack merit and adopts the report and recommendation.

Accordingly, Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 11) is **GRANTED**. Plaintiff's suit is **DISMISSED** in its entirety under Rule 12(b)(6) with prejudice. Plaintiff is **DENIED** leave to amend his complaint.

**SIGNED** on September 25, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE